# EXHIBIT "A"

## Customers in storage

1. Prime Storage – 109-09 180th St. Jamaica Queens NY 11433, Storage unit D1031, customer Richard Baker, telephone (443)515-0046, rcbaker15@yahoo.coom, 24 boxes, 11 chairs, 3 chests,4 bags, 3 carpet,3 dresser, 1 desk,1 end table, 1 table legs, 1 mirror, 1 coffee table,1 dinning table,1 sofa, 1 vacuum.
2. Prime Storage – 109-09 180th St. Jamaica Queens NY 11433, Storage unit D1068, customer Amanda Pasek, telephone (860)918-0095, amandagpasek@gmail.com, 7 boxes, 2 bins, 4 bags, 2 tires, 4 chairs,1 table, 1 suitcase,2 bicycles, 1 mattress, 1 stool.
3. Prime Storage – 109-09 190th St. Jamaica Queens NY 11433, Storage unit D1057, customer Stephanie Demeritt, telephone (603)534-8063, aresdevile@gmail.com, 7 plastic bins, 1 bench, 3 tables, 2 chairs, 1 rug, 1 television, 1 dresser, 1 game chair, 1 hamper, 2 couch, 1 bed, 1 box, 1 cushion, 2 mattress, 1 lamp.
4. Prime Storage – 109-09 190th St Jamaica Queens NY 11433, Storage unit D1031, customer Victor Smith, telephone (803)357-5567, vicksmitty12@gmail.com, 33 boxes, 1 tote, 6 bags, 1 suitcase, 1 wardrobe box, 3 night stands, 1 bin, 2 dressers,7 chairs, 1 shopping cart, 1 T.V stand, 2 bookshelves, 1 couch, 1 television, 1 sofa bed, 1 table, 1 mirror, 1 glass top, 1 garbage can, 1 vacuum, 2 mattress, 1 cushion.
5. Prime Storage – 109-09 109th St Jamaica Queens NY 11433, Storage unit D1014 & D1047,customer Cory J. Hammock, telephone (615)633-2966, coryj@aucegypt.edu, 7 bags, 1 sleeping bag, 1 tree base, 1 red bucket, 1 spray bottle, 25 boxes, 1 love seat, 2 sofas,1 television,1 bottom bed drawers, 1 wall divider, 1 guitar case, 1 lamp, 2 racks,1 chest, 1 bar base,4 tables, 1 safe, 4 tubs, 1 comforter, 1 computer chair,12 glass pieces, 1 cooler, 1 kitchen, 8 pieces of wood, boots, 11 chairs, 2 dressers,1 set of drawers, 1 mattress top, 2 office items,2 cat litter,1 rug, 3 head boards, 2 bed slates, 1 bed piece, 1 foot board, 2 metal racks,1 shoe rack,3 bins,2 metal rack legs, 4 side boards,1 vacuum, 1 fan, 1 big piece flat wood,4 T.V stands,1 night stand,1 t.v stand legs, 1 book shelf,1 top of bar,3 bar post, 1 box spring,2 tubs, 1 carpet, 1 broom, 1 back board, 1 dog cage, 1 bundle of tools, 1 bundle of fishing rods,1 wall mount,1 bottom chair, 1 top chair,1 truck top,6 piece swing.