**THE LAW FIRM OF DMITRIY SHAKHNEVICH, PLLC**
233 Broadway, Suite 900
New York, New York 10279
Tel: (212) 913-9703
Fax: (212) 913-9702
Email: ds@dshaklaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff(s) <br><br> v. <br><br> YARIN NADEL aka JOE NADEL, JOE MILLER; MICHAEL NADEL aka MICKEY MILLER; MOVING STATE TO STATE LLC; STATE TO STATE MOVING NY INC.; STATE TO STATE MOVING GROUP LLC; DIRECT VAN LINES SERVICES INC.; and AROUND THE CLOCK MOVING SERVICES INC.; <br><br> Defendant(s). | Case No.: 19-cv-01578-MKB-CLP |

Defendants, having advised the Court by letter of the status of the within action; and the Stipulated Preliminary Injunction remaining in effect; upon receipt of permission from the Defendants' customers, and consent of the United States;

It is hereby **ORDERED** as follows: Prime Storage, located at 109-09 109th Street, Jamaica Queens NY 11433, shall release the contents of storage units D1014 and D1047, to the Defendants.

The Defendants shall return the personal property of Cory "Jake" Hammock, within 14 days of this Order.

Within 16 days of this Order, the Defendants shall notify the Court and the United States of the date that the personal property was delivered to the Customers.

SO ORDERED:
s/ MKB 7/24/2019

_____

MARGO K. BRODIE
United States District Judge