

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 25, 2019

BY ECF
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Nadel, et al.*  19-CV-1578 (MLB)(CLP)

Dear Judge Pollak:

      This Office represents the United States, Plaintiff in the above-referenced matter.  This case concerns allegations of wire fraud relating to the practices of Moving State to State LLC, its owners and associated entities.  On April 2, 2019, this Court entered a Preliminary Injunction.  *See* Dkt. No. 17.

      On August 28, 2019, the parties appeared for a telephone status conference before Your Honor to report that they were working together on a permanent injunction to be submitted for the Court's approval.

      Since that status conference, the parties have continued to work toward that end and are close to finalizing the terms of that agreement.  The parties anticipate filing that agreement on before October 25, 2019.

      The parties thank the Court for its attention to this matter.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York
      271 Cadman Plaza East, 7th Floor
      Brooklyn, New York 11201

      By:    /s/ DARA A. OLDS
            Dara A. Olds
            Assistant U.S. Attorney

cc:    Plaintiffs' counsel (By ECF)