

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th Floor*
*Brooklyn, New York, 11201*

October 24, 2019

**BY ELECTRONIC CASE FILING**

Honorable Margo K. Brodie
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>United States v. Yarin Nadel, et al.,</u> 19-CV-1578 (MKB)(CLP)

Dear Judge Brodie:

This Office represents the United States in the above-referenced matter, filed on March 19, 2019. We write to submit the enclosed proposed Consent Decree and Judgment whereby the parties have reached a settlement resolving the action.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

By:   <u>s/ Dara A. Olds</u>
DARA A. OLDS
Assistant United States Attorney
(718) 254-6148
dara.olds@usdoj.gov

cc:   Dmitriy Shakhnevich, Esq. (via ECF)
THE LAW FIRM OF DMITRIY SHAKHNEVICH
233 Broadway, Suite 900
New York, NY 10279